UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No. 15-19833-BKC-RAM
                                                          Chapter 13
Eduardo Merino and
Teresa Merino,

_____Debtors/

### MOTION TO ALLOW EARLY PAYOFF OF UNDER MEDIAN CHAPTER 13 CASE

Now comes the Debtors, Eduardo Merino and Teresa Merino, by their counsel, and moves this Court for Early Payoff of Under Median Chapter 13 case and in support thereof submits the following:

1. Debtors filed for relief under Chapter 13 in this case and their Chapter 13 Plan was previously confirmed.

2. The Debtors' case is an under median case and they have already met the 36 month commitment period.

**WHEREFORE,** Debtors respectfully pray that the Court issue an order

1. Allowing the Debtors to pay off their Under Median Chapter 13 case early.

2. Such further relief consistent with this request for relief.

                                                  Respectfully submitted,

                                                  REYES & CALAS-JOHNSON, P.A.
                                                  Attorneys for the Debtors
                                                  782 N.W. 42nd Avenue, Ste. 447
                                                  Miami, FL 33126
                                                  Tel: (305) 476-1900
                                                  By: /S/_____
                                                       Mary Reyes

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served upon all parties on attached list, this 6th day of January, 2020.

                                                  __/S/_____
                                                  Mary Reyes

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 15-19833-RAM<br>Southern District of Florida<br>Miami<br>Mon Jan  6 13:11:38 EST 2020 | Midland Credit Management Inc<br>2365 Northside Dr #300<br>San Diego, CA 92108-2709 | Nationstar Mortgage LLC<br>Shapiro, Fishman & Gach, LLP<br>c/o Samantha Carr<br>2424 N Federal Hwy # 360<br>Boca Raton, FL 33431-7701 |
| 3PD, Inc<br>1851 West Oak Pkwy  100<br>Marietta, GA 30062-2285 | ADT Security Services<br>POB 371878<br>Pittsburgh, PA 15250-7878 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 |
| American Express Bank FSB<br>c/oBecket & Lee LP<br>POB 3001<br>Malvern, PA 19355-0701 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Asset Acceptance LLC<br>POB 2036<br>Warren, MI 48090-2036 |
| Bank of America, NA<br>Bk Dept Mail Stop CA 6-19-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 | Bank of America, NA<br>Bk Dept., Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 | Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063-6712 |
| Bk Of Amer<br>450 American St<br>Simi Valley, CA 93065-6285 | Bk Of Amer<br>P.O. Box 17054<br>Wilmington, DE 19884-0001 | Bk Of Amer<br>P.O. Box 7047<br>Dover, DE 19903 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Candica LLC<br>c/oWeinstein & Riley<br>2001 Western Ave., #400<br>Seattle, WA 98121-3132 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Carmax Auto Finance<br>225 Chastain Meadows Court<br>Kennesaw, GA 30144-5897 | Carmax Auto Finance<br>225 Chastain Meadows Ct<br>Kennesaw, GA 30144-5897 |
| Cavalry Portfolio Serv<br>POB 27288<br>Tempe, AZ 85285-7288 | Cavalry Portfolio Services, LLC<br>C.P.S LLC a/a/oHSBC Bank<br>500 Summit Lake Dr., #400<br>Valhalla, NY 10595-2321 | Cavalry Portfolio Services, LLC<br>CPS LLC HSBC Bank<br>500 Summitt Lake Dr., #400<br>Valhalla, NY 10595-2321 |
| Chase Auto<br>POB 901003<br>Fort Worth, TX 76101-2003 | Chase Auto<br>Po Box 901003<br>Ft Worth, TX 76101-2003 | Chase Card<br>201 N Walnut Street  Mailstop De1-1027<br>Wilmington, DE 19801-2920 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>P.O. Box 6500  C/O Citi Corp<br>Sioux Falls, SD 57117-6500 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citicorp Trust Bank
POB 140489
Irving, TX 75014-0489

Comenity Bank/Express
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank/Pttrybrn
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank/Vctrssec
Po Box 182789
Columbus, OH 43218-2789

Commenity Bank/Express
POB 182789
Columbus, OH 43218-2789

Commenity Bank/VctSer
POB 182789
Columbus, OH 43218-2789

Crdtonebnk
585 S. Pilot Street
Las Vegas, NV 89119-3619

Credit Coll
Po Box 9134
Needham, MA 02494-9134

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193-8875

Cuevas & Associates, P.A.
7480 SW 40 Street, Suite 600
Miami, FL 33155-6657

DeVille Asset Management, LTD
POB 1987
Colleyville, TX 76034-1987

Delta Dental Insurance Compant
POB
660138
Dallas, TX 75266-0138

Department Stores National Bank/Macy's
POB 8053
Mason, OH 45040-8053

Department Stores National Bank/Macys
Bankruptcy Processing
POB 8053
Mason, OH 45040-8053

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Doctors Business Bur
202 N Federal Hwy
Lake Worth, FL 33460-3438

Doral Isles Community Assoc., Inc.
6450 NW 110TH AVENUE
Miami, FL 33178-3702

FIA Card Services
POB 15721
Wilmington, DE 19886-5721

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Florida Blue
POB 740559
Atlanta, GA 30374-0559

Fst Premie
601 S Minnesota Ave
Sioux Falls, SD 57104-4824

Grplndg
7490 Us Highway 17
Red Rock, OK 74651

HSBC
POB 9
Buffalo, NY 14240-0009

Hsbc Bank
Po Box 9
Buffalo, NY 14240-0009

Hsbc/Bsbuy
Po Box 9
Buffalo, NY 14240-0009

I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

IC System
POB 64378
Saint Paul, MN 55164-0378

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Jamie D. Guttman, Esq
600 Brickell Ave
Miami, FL 33131-3067

| | | |
|---|---|---|
| MB Fin Services<br>36455 Corporate Dr<br>Farmington, MI 48331-3552 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Macy's<br>9111 Duke Blvd.<br>Mason, OH 45040-8999 |
| Mb Fin Svcs<br>36455 Corporate Dr<br>Farmington Hills, MI 48331-3552 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Mercedes Benz Credit Corp<br>c/oShermata Adams & Von Allmen PC<br>POB 48308-0908 |
| Mercedes-Benz Credit Corp<br>c/oShermeta, Adams & Von Allmen, PC<br>POB 80908<br>Rochester, MI 48308-0908 | Merrick Bank<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Miami Dade County Tax Collector<br>140 W. Flagler St.<br>Miami, FL 33130-1575 |
| Michael A. Edwards, Esq<br>1550 Southern Blvd., #300<br>West Palm Beach, FL 33406-3232 | Midland Credit Management<br>Dept. 8870<br>Los Angeles, CA 90084-0001 | Midland Credit Management, Inc as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | National Credit Adjusters, LLCPurchaser of G<br>PO Box 3023<br>Attn: Michael Swanson<br>Hutchinson, KS 67504-3023 | National Credit Adjusters, LLCPurchaser of P<br>PO Box 3023<br>Attn: Michael Swanson<br>Hutchinson, KS 67504-3023 |
| Nationstar<br>POB 199111<br>Dallas, TX 75235 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage, LLC<br>POB 829009<br>Dallas, TX 75382-9009 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Plain Green<br>93 Mack Road Suite Po Box 270<br>Box Elder, MT 59521-0270 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 |
| Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne, FL 32940-7920 | State of Floira Dept of Revenue<br>c/oJim Zingale, Executive Director AR<br>501 S Calhoun St., Rm 104<br>Tallahassee, FL 32399-6548 |
| State of Florida Dept of Revenue<br>c/oJim Zingale, Executive Director AR<br>501 S Calhoun St., Rm 104<br>Tallahassee, FL 32399-6548 | Suntrust Mortgage/Cc 5<br>1001 Semmes Ave<br>Richmond, VA 23224-2245 | Td Auto Finance<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 |
| Unisol International Corp<br>8024 NW 90th St<br>Miami, FL 33166-2114 | VWR Scientific<br>Radnor Corporate Center, Building<br>P.O. Box 6660<br>100 Matsonford Road<br>Wayne, PA 19087-4558 | eCast Settlement Corp<br>POB 35480<br>Newark, NJ 07193-5480 |

| | | |
|---|---|---|
| Desiree Calas-Johnson<br>782 NW 42 Ave #345<br>Miami, FL 33126-5550 | Eduardo Merino<br>11349 NW 72 Terrace<br>Miami, FL 33178-2859 | Mary Reyes Esq<br>782 NW 42 Ave #345<br>Miami, FL 33126-5550 |
| Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Teresa Merino<br>11349 NW 72 Terrace<br>Miami, FL 33178-2859 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Citibank, NA<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323 |
| Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201 | Nationstar Mortgage, LLC<br>C/O Steven G. Powrozek<br>Attention: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9741 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ 85285-7288 | (u)Fst Premie |
| (d)Midland Credit Management, Inc.<br>2365 Northside Drive, #300<br>San Diego, CA 92108-2709 | (d)Nationstar<br>Po Box 199111<br>Dallas, TX 75235 | End of Label Matrix<br>Mailable recipients    94<br>Bypassed recipients    5<br>Total                 99 |