UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No. 15-19833-BKC-RAM
                                                    Chapter 13
    Eduardo Merino and
    Teresa Merino,

_____Debtors/

## SUPPLEMENTAL STATEMENT OF FEES UNDER FRBP RULE 2016 (B)

Pursuant to 11 U.S.C Section 329 and FRBP Bankruptcy Rule 2016 (b), Reyes & Calas-Johnson, P.A. attorney for the Debtor, states as follows:

1. Supplemental compensation paid or promised for services rendered or to be rendered in connection with this case is as follows: $525.00 paid for services rendered in connection with the Motion for Early Payoff of Under Median Chapter 13 case.

2. The source of the compensation paid was funds of the debtor and the source of the compensation promised to be paid is the debtors.

3. I have not shared or agreed to share such compensation with any other person, other than a member or regular associate of my law firm.

Dated: January 6, 2020

                                                Respectfully Submitted,

                                                REYES & CALAS-JOHNSON, P.A.
                                                Attorneys for the Debtors
                                                782 N.W. 42nd Avenue, Ste. 345
                                                Miami, FL 33126
                                                Tel: (305) 476-1900
                                                By: _____/S/_____
                                                    Desiree C. Johnson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served on all parties on attached list, this 6th day of January, 2020p

_____/S/_____
Desiree C. Johnson

Nancy Neidich, Trustee ECF Registered

Eduardo Merino and Teresa Merino, Debtors