

**ORDERED in the Southern District of Florida on February 13, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Case No. 15-19833-BKC-RAM
Chapter 13

Eduardo Merino and
Teresa Merino,

_____ Debtors/

### ORDER GRANTING MOTION TO ALLOW EARLY PAYOFF OF UNDER MEDIAN CHAPTER 13 CASE [DE#78]

Debtors' Motion to Allow Early Payoff of Under Median Chapter 13 Case came before this Court on the 11th day of February, 2020. Based on the record, it is:

**ORDERED AND ADJUDGED**

1. Debtors are authorized to pay off their Chapter 13 plan.

###

Submitted By:

Reyes & Calas-Johnson, P.A.
Attorneys for Debtor
782 N.W. 42nd Avenue, Ste. 345
Miami, FL 33126

(Reyes & Calas- Johnson, P.A. is directed to serve copies of this order on the parties listed and file a certificate of service.)

```
Label Matrix for local noticing          Midland Credit Management Inc           Nationstar Mortgage LLC
113C-1                                   2365 Northside Dr #300                  Shapiro, Fishman & Gach, LLP
Case 15-19833-RAM                        San Diego, CA 92108-2709                c/o Samantha Carr
Southern District of Florida                                                     2424 N Federal Hwy # 360
Miami                                                                            Boca Raton, FL 33431-7701
Wed Feb 12 11:17:32 EST 2020

BPD, Inc                                 ADT Security Services                   American Express Bank FSB
1851 West Oak Pkwy  100                  POB 371878                              c/o Becket and Lee LLP
Marietta, GA 30062-2285                  Pittsburgh, PA 15250-7878               POB 3001
                                                                                 Malvern  PA 19355-0701


American Express Bank FSB                Amex                                    Asset Acceptance LLC
c/oBecket & Lee LP                       Po Box 297871                           POB 2036
POB 3001                                 Fort Lauderdale, FL 33329-7871          Warren, MI 48090-2036
Malvern, PA 19355-0701


Bank of America, NA                      Bank of America, NA                     Bk Of Amer
Bk Dept Mail Stop CA 6-19-01-23          Bk Dept., Mail Stop CA6-919-01-23       1800 Tapo Canyon Rd
400 National Way                         400 National Way                        Simi Valley, CA 93063-6712
Simi Valley, CA 93065-6414               Simi Valley, CA 93065-6414


Bk Of Amer                               Bk Of Amer                              Bk Of Amer
450 American St                          P.O. Box 17054                          P.O. Box 7047
Simi Valley, CA 93065-6285               Wilmington, DE 19884-0001               Dover, DE 19903


(p)BANK OF AMERICA                       Candica LLC                             Capital One Bank (USA), N.A.
PO BOX 982238                            c/oWeinstein & Riley                    PO Box 71083
EL PASO TX 79998-2238                    2001 Western Ave., #400                 Charlotte, NC  28272-1083
                                         Seattle, WA 98121-3132


(p)CAPITAL ONE                           Carmax Auto Finance                     Carmax Auto Finance
PO BOX 30285                             225 Chastain Meadows Court              225 Chastain Meadows Ct
SALT LAKE CITY UT 84130-0285             Kennesaw, GA 30144-5897                 Kennesaw, GA 30144-5897


Cavalry Portfolio Serv                   Cavalry Portfolio Services, LLC         Cavalry Portfolio Services, LLC
POB 27288                                C.P.S LLC a/a/oHSBC Bank                CPS LLC HSBC Bank
Tempe, AZ 85285-7288                     500 Summit Lake Dr., #400               500 Summitt Lake Dr., #400
                                         Valhalla, NY 10595-2321                 Valhalla, NY 10595-2321


Chase Auto                               Chase Auto                              Chase Card
POB 901003                               Po Box 901003                           201 N Walnut Street  Mailstop De1-1027
Fort Worth, TX 76101-2003                Ft Worth, TX 76101-2003                 Wilmington, DE 19801-2920


Chase Card                               Citi                                    Citi
Po Box 15298                             P.O. Box 6500  C/O Citi Corp            Po Box 6241
Wilmington, DE 19850-5298                Sioux Falls, SD 57117-6500              Sioux Falls, SD 57117-6241
```

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citicorp Trust Bank
POB 140489
Irving, TX 75014-0489

Comenity Bank/Express
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank/Pttrybrn
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank/Vctrssec
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank/Express
POB 182789
Columbus, OH 43218-2789

Comenity Bank/VctSer
POB 182789
Columbus, OH 43218-2789

Crdtonebnk
585 S. Pilot Street
Las Vegas, NV 89119-3619

Credit Coll
Po Box 9134
Needham, MA 02494-9134

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193-8875

Cuevas & Associates, P.A.
7480 SW 40 Street, Suite 600
Miami, FL 33155-6657

DeVille Asset Management, LTD
POB 1987
Colleyville, TX  76034-1987

Delta Dental Insurance Compant
POB
660138
Dallas, TX 75266-0138

Department Stores National Bank/Macy's
POB 8053
Mason, OH 45040-8053

Department Stores National Bank/Macys
Bankruptcy Processing
POB 8053
Mason, OH 45040-8053

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Doctors Business Bur
202 N Federal Hwy
Lake Worth, FL 33460-3438

Doral Isles Community Assoc., Inc.
6450 NW 110TH AVENUE
Miami, FL 33178-3702

FIA Card Services
POB 15721
Wilmington, DE 19886-5721

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Florida Blue
POB 740559
Atlanta, GA 30374-0559

Fst Premie
601 S Minnesota Ave
Sioux Falls, SD 57104-4824

Grplndg
7490 Us Highway 17
Red Rock, OK 74651

HSBC
POB 9
Buffalo, NY 14240-0009

Hsbc Bank
Po Box 9
Buffalo, NY 14240-0009

Hsbc/Bsbuy
Po Box 9
Buffalo, NY 14240-0009

I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

IC System
POB 64378
Saint Paul, MN 55164-0378

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Jamie D. Guttman, Esq
600 Brickell Ave
Miami, FL 33131-3067

| | | |
|---|---|---|
| MB Fin Services<br>36455 Corporate Dr<br>Farmington, MI 48331-3552 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Macy's<br>9111 Duke Blvd.<br>Mason, OH 45040-8999 |
| Mb Fin Svcs<br>36455 Corporate Dr<br>Farmington Hills, MI 48331-3552 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Mercedes Benz Credit Corp<br>c/oShermata Adams & Von Allmen PC<br>POB 48308-0908 |
| Mercedes-Benz Credit Corp<br>c/oShermeta, Adams & Von Allmen, PC<br>POB 80908<br>Rochester, MI 48308-0908 | Merrick Bank<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Miami Dade County Tax Collector<br>140 W. Flagler St.<br>Miami, FL 33130-1575 |
| Michael A. Edwards, Esq<br>1550 Southern Blvd., #300<br>West Palm Beach, FL 33406-3232 | Midland Credit Management<br>Dept. 8870<br>Los Angeles, CA 90084-0001 | Midland Credit Management, Inc as agent for<br>Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | National Credit Adjusters, LLCPurchaser of G<br>PO Box 3023<br>Attn: Michael Swanson<br>Hutchinson, KS 67504-3023 | National Credit Adjusters, LLCPurchaser of P<br>PO Box 3023<br>Attn: Michael Swanson<br>Hutchinson, KS 67504-3023 |
| Nationstar<br>POB 199111<br>Dallas, TX 75235 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage, LLC<br>POB 829009<br>Dallas, TX 75382-9009 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Plain Green<br>93 Mack Road Suite Po Box 270<br>Box Elder, MT 59521-0270 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 |
| Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne, FL 32940-7920 | State of Floira Dept  of Revenue<br>c/oJim Zingale, Executive Director AR<br>501 S Calhoun St., Rm 104<br>Tallahassee, FL 32399-6548 |
| State of Florida Dept of Revenue<br>c/oJim Zingale, Executive Director AR<br>501 S Calhoun St., Rm 104<br>Tallahassee, FL 32399-6548 | Suntrust Mortgage/Cc 5<br>1001 Semmes Ave<br>Richmond, VA 23224-2245 | Td Auto Finance<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 |
| Unisol International Corp<br>8024 NW 90th St<br>Miami, FL 33166-2114 | VWR Scientific<br>Radnor Corporate Center, Building<br>P.O. Box 6660<br>100 Matsonford Road<br>Wayne, PA 19087-4558 | eCast Settlement Corp<br>POB  35480<br>Newark, NJ 07193-5480 |

| | | |
|---|---|---|
| Desiree Calas-Johnson<br>782 NW 42 Ave #345<br>Miami, FL 33126-5550 | Eduardo Merino<br>11349 NW 72 Terrace<br>Miami, FL 33178-2859 | Mary Reyes Esq<br>782 NW 42 Ave #345<br>Miami, FL 33126-5550 |
| Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Teresa Merino<br>11349 NW 72 Terrace<br>Miami, FL 33178-2859 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Citibank, NA<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323 |
| Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201 | Nationstar Mortgage, LLC<br>C/O Steven G. Powrozek<br>Attention: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9741 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ 85285-7288 | (u)Fst Premie |
| (d)Midland Credit Management, Inc.<br>2365 Northside Drive, #300<br>San Diego, CA 92108-2709 | (d)Nationstar<br>Po Box 199111<br>Dallas, TX 75235 | End of Label Matrix<br>Mailable recipients   94<br>Bypassed recipients    5<br>Total                 99 |